No. 524. CANAL-COMMERCIAL TRUST AND. SAVINGS BANK AND UNION INDEMNITY COMPANY *v.* EARL BREWER. Motion submitted November 1, 1926. Decided November

23, 1926. The motion to amend the judgment in this case is denied. *Mr. William W. Ross* in behalf of *Mr. John W. Cutrer* for defendant in error, in support of the motion. *Messrs. Marcellus Green, Garner W. Green,* and *Chalmers Potter* for plaintiffs in error, in opposition thereto. See *ante,* p. 638.